1  J. D. Sullivan, Esq., NV Bar No. 5516
   Gene M. Kaufmann, Esq., NV Bar No. 6704
2  Sullivan Law
   A Professional Corporation
3  1625 Highway 88, Suite 401
   Minden, Nevada 89423
4  Telephone: (775) 782-6915
   Facsimile: (775) 782-3439
5
   Vernon E. Leverty, Esq., NV Bar No. 1266
6  William R. Ginn, Esq., NV Bar No. 6989
   Patrick R. Leverty, Esq., NV Bar No. 8840
7  Leverty & Associates Law Chtd.
   832 Willow Street
8  Reno, Nevada 89502
   Telephone: (775) 322-6636
9  Facsimile: (775) 322-3953

10 Attorneys for GLENNA KOHLER

11

12                 UNITED STATES DISTRICT COURT

13                     DISTRICT OF NEVADA

14                                        *ORDER*

15 PROPERTY & CASUALTY INSURANCE        Case No.: 3:19-cv-00297-LRH-CBC
   COMPANY OF HARTFORD,
16                                       CASE MANAGEMENT REPORT
                   Plaintiff,
17        vs.

18 GLENNA KOHLER,

19                 Defendant.
                                                      /
20
   GLENNA KOHLER;
21
                   Counterclaimant,
22
          vs.
23
   PROPERTY & CASUALTY INSURANCE
24 COMPANY OF HARTFORD,

25                 Counterdefendant.

26                                                    /

27        Pursuant to the Court's 10/16/2019, Minute Order in Chambers, Document Number 12,

28 the parties hereby provide the requested Case Management Report.

FILED _____        RECEIVED _____
ENTERED _____      SERVED ON _____
COUNSEL/PARTIES OF RECORD

NOV 26 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

On November 15, 2019, a mediation was conducted with the Honorable Jerry Carr Whitehead, at which time the parties reached an agreement to settle. Within the next 45 days, the parties anticipate a formal settlement agreement will have been completed and a stipulation to dismiss will be filed.

In view of the tentative settlement, the parties jointly request that the case management conference originally set for 11/19/2019, and rescheduled for 12/5/2019 be vacated.

ARMSTRONG TEASDALE LLP

By:  /s/Michelle D. Alarie

KEVIN R. STOLWORTHY, ESQ. (#2798)
MICHELLE D. ALARIE, ESQ. (#11894)
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com
malarie@armstrongteasdale.com

Attorneys for Plaintiff/Counter-defendant
Property and Casualty Insurance Company
of Hartford

SULLIVAN LAW, P.C.

By:  /s/ Gene M. Kaufmann

J.D. SULLIVAN, ESQ. (#5516)
GENE M. KAUFMANN, ESQ. (#6704)
1625 Highway 88, Suite 401
Minden, Nevada 89423
Telephone: 775.782.6915
Facsimile: 775.782.3439
jd@mindenlaw.com
gene@mindenlaw.com

VERNON E. LEVERTY, ESQ. (#1266)
WILLIAM R. GINN, ESQ. (#6989)
PATRICK R. LEVERTY, ESQ. (#8840)
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Telephone: 775.322.663 6
Facsimile: 775.322.3953

Attorneys for Defendant/Counter-claimant
Glenna Kohler

ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATE: 11/26/2019

2