UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GLENNA KOHLER,<br><br>　　　　　Defendant.<br><br>―――――――――――――――――<br><br>GLENNA KOHLER,<br><br>　　　　　Counter-claimant,<br><br>　vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD;<br><br>　　　　　Counter-defendant. | Case No.: 3:19-cv-00297-LRH-CLB<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　Plaintiff/Counter-defendant Property & Casualty Insurance Company of Hartford ("Hartford"), by and through its counsel, Armstrong Teasdale LLP, and Defendant/Counter-claimant Glenna Kohler ("Kohler"), by and through her counsel, Sullivan Law and Leverty & Associates Law Chtd., hereby stipulate and agree, in consideration of a negotiated settlement executed by them, that

/ / /

1

pursuant to FRCP 41(a)(1)(ii) all claims and counterclaims asserted by the parties in this action shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs in this matter.

Dated this 8th day of January, 2020.                Dated this 8th day of January, 2020.

ARMSTRONG TEASDALE LLP                              SULLIVAN LAW, P.C.

By:/s/*Michelle D. Alarie*                          By:/s/*Gene M. Kaufmann*
    KEVIN R. STOLWORTHY, ESQ. (#2798)                J.D. SULLIVAN, ESQ. (#5516)
    MICHELLE D. ALARIE, ESQ. (#11894)                GENE M. KAUFMANN, ESQ. (#6704)
    3770 Howard Hughes Parkway, Suite 200            1625 Highway 88, Suite 401
    Las Vegas, Nevada 89169                          Minden, Nevada 89423
    Telephone: 702.678.5070                          Telephone:  775.782.6915
    Facsimile:  702.878.9995                         Facsimile:  775.782.3439
    kstolworthy@armstrongteasdale.com                jd@mindenlaw.com
    malarie@armstrongteasdale.com                    gene@mindenlaw.com

*Attorneys for Plaintiff/Counter-defendant Property and Casualty Insurance Company of Hartford*

    VERNON E. LEVERTY, ESQ. (#1266)
    WILLIAM R. GINN, ESQ. (#6989)
    PATRICK R. LEVERTY, ESQ. (#8840)
    LEVERTY & ASSOCIATES LAW CHTD.
    832 Willow Street
    Reno, Nevada  89502
    Telephone:  775.322.6636
    Facsimile:  775.322.3953

*Attorneys for Defendant/Counter-claimant Glenna Kohler*

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED this 9th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE